# GENERAL POLICE ORDER

No. 19-73 HEADQUARTERS July 18, 1973

SUBJECT: PRETRIAL DISCOVERY RIGHTS OF DEFENSE ATTORNEYS AND COURTS IN CRIMINAL CASES

TO THE MEMBERS OF THE DEPARTMENT

In a letter to this Department, County Prosecutor John T. Corrigan has defined the legal rights of defense attorneys and courts to statements, reports and other items in criminal cases. His letter, as a part of this order, shall be considered an integral part of criminal case preparation procedures and all members shall comply with its provisions.

Copies shall be forwarded to all Divisions, Districts, and Units.

By order of,

GERALD J. RADEMAKER
CHIEF OF POLICE

DEFENDANT'S EXHIBIT
K-1
ALL-STATE LEGAL

Ex: 32

GPO004589



JOHN T. CORRIGAN
PROSECUTING ATTORNEY

County of Cuyahoga

Criminal Courts Building
1560 East 21st Street
Cleveland, Ohio 44114

771-0800

JOSEPH F. DONAHUE
FIRST ASSISTANT

JOHN L. DOWLING
CIVIL DIVISION

FRED F. MILOW
TAX DIVISION

ROBERT J. GREENE
RECIPROCAL SUPPORT DIVISION

ASSISTANTS

GARY S. ANDRACHIK
ALEXANDER G. BARKAN
THOMAS A. CABLES
STEPHEN CANARY
THOMAS P. CYRUS
MICHAEL G. DIAZ
STEPHEN E. DeJOHN
WILLIAM T. DOYLE, JR.
THOMAS J. ESCOVAR
ROBERT E. FEIGHAN
HARVEY FRIEDMAN
FRANK L. GALLUCCI, JR.
FRANK C. GASPER
TIMOTHY J. GAUNTNER
JOSEPH GIBSON
GEORGE GLAVINOS, JR.
DOUGLAS H. GLENN
RICHARD A. GORLOCH
AY F. GRICAN
GARY F. HARKINS
RICHARD A. HORNIGMAN
PAUL A. HRISKO
PETER H. HULL
JOHN V. JACKSON II
ROBERT E. KICKEL
EARL H. KINSKEY
JEFFREY L. KOCIAN
MICHAEL P. KOLESAR
FRANK J. KOTELKA
CHARLES R. LAURIE
PATRICK G. LAZZARO
ALBIN LIPOLD
GERTRUDE G. MAJICH
[illegible]
HOWARD H. MANAKER
ROBERT J. MARCUS
CARMEN M. MARINO
PAUL F. MARSHTRICH
HERMAN A. MAROLT
JOHN V. MARTIN
DENNIS J. McGUIRE
STEVEN Z. McGTORDY
THOMAS J. MURPHY
LEO M. MOSELY
MICHAEL S. NOLAN
MICHAEL E. O'MALLEY
JAMES E. O'MEARA III
JOHN K. O'TOOLE
MICHAEL H. PETERSON
GEORGE [illegible]
ROBERT A. [illegible]
GEORGE J. SADD
THOMAS J. SAXTON
CURTIS L. SMITH
ROBERT L. STEELY
EDWARD J. SULLIVAN
HENRY J. SZELAN
TIMOTHY A. TAYLOR
THOMAS J. TORMICK
THOMAS J. WAGNER
EDWARD M. WALSH
RICHARD F. WALSH
RONALD E. WILKINSON

July 2, 1973

MEMO TO ALL CHIEFS OF POLICE

RE: PRETRIAL DISCOVERY

The Ohio Supreme Court has recently promulgated Criminal Rules of Procedure, which have become effective July 1, 1973. Particularly, Rule 16 is going to be the concern of police departments and prosecutors.

At the outset I wish to advise that these are rules of criminal procedure that will be employed through the courts and through the prosecuting attorney.

* NO POLICE DEPARTMENT IS REQUIRED OR SHALL GIVE TO DEFENSE COUNSEL AND/OR ANY COURT ANY RECORD, PAPER, STATEMENT, REPORT OR TANGIBLE OBJECT OF A CRIMINAL CASE.

Under proper circumstances under this rule, by application to the Prosecuting Attorney and/or the court, the defense counsel may be entitled to the following:

1. Statement of defendant or co-defendant, written, recorded, or a summary of an oral statement.

2. Defendant's prior felony record.

3. Inspection of photos, books, papers, documents, tangible objects, material to the preparation of the defense or intended for use by the Prosecuting Attorney as evidence.

4. Reports of results of physical or mental examinations, scientific tests or experiments.



# County of Cuyahoga

## Cleveland, Ohio

CHIEFS OF POLICE
July 2, 1973
Page -2-

5. Names and addresses of witnesses.

6. Evidence favorable to the defendant.

EXCEPTION TO THE FOREGOING:

The foregoing does not authorize the discovery or the inspection of reports, memoranda, or other internal documents made by the Prosecuting Attorney or his agents (police departments are his agents) in connection with the investigation or prosecution of the case, or of statements made by witnesses or prospective witnesses to state agents.

NOTE: Wherein the Prosecuting Attorney certifies to the Court that the disclosure of the names and addresses of the witnesses may subject the witness to physical or substantial economic harm or coercion, such names and addresses of witnesses shall not be the subject of disclosure.

Respectfully submitted,

John T. Corrigan

Prosecuting Attorney

JTC:pc

3) Mechanics of taking are similar to civil cases.

4) May be used at trial if witness dead, out of state, unable to testify due to infirmity or sickness or unable to be subpoenaed. can be used for refreshing recollection or impeachment.

E. Discovery and Inspection (RULE 16)

1) One of the dramatic provisions of new rule placing criminal litigation on similar philosophical footing with civil trials. Surprise and gamesmanship reduced consistent with constitutional guarantees.

2) Information subject to disclosure on application of defendant.

a) Statements of defendants or co-defendants including

1) written or recorded statements.

2) written summaries.

3) Recorded testimony of defendant or co-defendant before grand jury.

b) defendant's prior record.

c) documents and tangible objects including papers, photographs, building or parts, or places.

d) reports of examination and tests.

e) witnesses names and address.

f) disclosure of evidence favorable to defendant.

g) in camera (in chambers) inspection of witnesses prior statements.

3) Information not subject to disclosure.

a) prosecuting attorney's work product.

b) grant jury's transcripts.

4) Information subject to disclosure by defendant

a) Documents and tangible objects if defendant has sought disclosure from prosecutor.

b) Same with regard to examinations and tests.

c) and witness tests.

d) and in camera inspection of witness statements.

DEFENDANT'S
EXHIBIT

5) Information not subject to disclosure includes attorney's work product.

6) Continuing duty to disclose as to materials arising subject to original order.

7) Court has broad power to regulate and prescribe limitation of discovery and enforcement thereof.

8) Discovery may be made within 21 days after arraignment or seven days before trial whichever is earlier.

F. Subpoena (RULE 17)

1) For attendance of witnesses

a) standard form as to court, date, time, etc.

b) permits subpoena by indigent defendant

2) Service - can be secured by

a) sheriff, bailiff, coroner

b) clerk of court

c) municipal or township policemen or constable

d) attorney at law

e) any person not a party over 18 designated by court

3) Service made by

a) delivering a copy or reading to person named or

b) leaving at usual place of residence

4) Subpoena for hearing or trial can be served at any place within the state

G. Pretrial Conference (RULE 17.1)

Court at its discretion may order pretrial conference, no admissions by defendant or counsel made at pretrial may be used against defendant unless reduced to writing.

IV. SELECTED TRIAL AND POST TRIAL RULES

A. Recording of Proceedings (RULE 22)

1) In serious offense cases all proceedings shall be recorded

2) Petty offense cases all waivers of counsel required by Rule 44 (B) shall be recorded and if requested by any party all proceedings shall be recorded.

000111

[illegible] (work [illegible] [illegible])

[illegible]

Left 20th 8 to J.V.

Back Home 12 - 12:30 [illegible]

[illegible]

(4:00 [illegible] got key from [illegible])

[illegible]

Left some time - Back some 12 am

[illegible] back at about 4 pm

[illegible]

Left some time - back home at 10:30 found T.V. on [illegible]

[illegible]

Check [illegible]

Left some time [illegible]

12 noon [illegible]

[illegible] back 4 pm - got key [illegible]

[illegible]

an additional key [illegible]

ALL-STATE LEGAL® DEFENDANT'S EXHIBIT L-1

771-3770
wk 7-5

Betty Worthy
Called - found
v IT - saw
Def talked w/vict at
about 11-12 Am onday
of murder - Def denies
this - has no reason to
Worthy
lie.

1853 [illegible]
East Cleveland [illegible]
November 7 1974

Mr. T. Corrigan
County Prosecutor
1560 E 21
Cleveland Ohio

Re: Isaac [illegible]
CR 16694 - J. Jaffe
11-8-74 NG B# 100,000

Dear Mr. Corrigan,

The purpose of this letter is to inform you of words spoken to me by the defendant in the murder of [illegible] Andrews on the evening of the murder — September 13 1974.

If you wish to inquire further about this [illegible] testimony you can contact me at the above address.

Advised Art Hubbard to contact this man.
11-14-74
[illegible]

Respectfully,
[illegible]

000113

000114

Dr. Gerber - also a witness to be called

Dr. Gerber will be subpoened by us to be brought in also if need be.

000126

RIGOR 6-8 hrs

5:05 PM - at MORGUE - D.O.A. - rigor incomplete

(X) time of death est. 9-12 AM

---

Bloody Palm-print on P.D. newspaper on scene where body found.

- readable + comparable?

- Defendants?

- palm print too smeared to be compared. per SIU 2-20-75

ALL-STATE LEGAL®
DEFENDANT'S
EXHIBIT
L-2

000127

Summarized statement – stab wounds – 7 – all fatal

– 4 small surface wounds on abdomen

– small cuts on rt. hand.

abrasions on upper & lower [illegible] lips

SPERM – sperm in vaginal area VERY WEAK – INACTIVE

RIGOR – up to 6 hrs – sperm life

– 6 8 hrs – rigor

FOOD 400 ml water – part. digested 13 oz.

3-5 hrs for large meal to exit stomach

– all clothes & garments blood soaked (wet)

– body clean & well groomed (consistent w/ def. saying they showered after having sex. intercourse.

– Ladies (1) NIGHTY knee length (2) PEIGNOIR (3) CAFTAN ROBE } all having [illegible]

2 sheets – KNIFE WOUND IN SHEETS

1 w/ quilt

1 bed spread

1 pillow

1 w/ pillowcase

1 terry cloth towel

defects in clothing correspond w/ job made in (1) Nighty

Colamarino notes

000128

✓ R. Ruggeri wk 621-7593 Hm 321-2616

✓ Chuck Galloway ~~371-2500~~ ~~[illegible]~~ — 883-5407 3597 E 65 Clev. O. — came to wk at moon in ref. letter in reg to use phone.

✓ Reginald Mason 681-7314 1980 55 St.
SYNTHETICS PRODUCTS 531-6010

Lt. Corrigan 404 — Betty Marie Worthy 881-8455 - MADRIGAL Bar ~~[illegible]~~
2344 Prospect Ave. 1779 E 89 APT 5
NO PHONE?

10 A.M. FAIRMONT — ✓ Mary Oetendorf 268-5648
1853 Page Ave

✓ Mary L. Mason ~~681-7314~~

Linda Cloud NO PHONE CK w/ relief office
1918 E. 86 St.
Cloud + Worthy

✓ John Scott
1669 Carlyon Ave.
E. Clev. ~~681-1590~~ NOT IN SERVICE IN 216 area

✓ ADAM (EDDIE?) WOLF

✓ MRS. LANE aunt of deceased 231-7718

(X) ✓ MARY SMITH 283-7406
3376 E 128 4-23-39 5'2" 100's

andrews arrested with — RUTH SAMS (BEEMER)
lived 497 E 112 St 270 W. Jackson St.
Beemer Painesville

✓ FBI agent KIRK Def girlfriend in Painesville
592-1400

000130

ADAM WOLF – desk clerk at Colonial Motel
- no longer works there
- no forwarding address
- no home address in file
- could not contact this witness who was on duty at clerks office at motel on day this event occurred.

JOHN SCOTT – lived at motel at time this event occurred.
- could not contact this witness

MRS. LANE – aunt of deceased.
Hm 231-7718

- call this witness's home numerous times – no answer
- could not contact this witness.

(*) MARY SMITH

- called witness 2-19-75 –
- witness recalls seeing def & victim alive presumably on date of murder – doesn't remember dates too well – but is positive that she & WORTHY saw def talking to wife around 11 AM on date in question – SEEMS LIKE GOOD WIT.

DEF. MUST BE LYING – the wit. is not hostile & no reason to lie.

DEFENDANT'S EXHIBIT L-3

RUTH SAMS
- maiden name BEEMER
270 W. Jackson St.
Painesville, O.

- PER F.B.I. AGENT KIRK 5-22-1400

- supposed to be a girl friend of Def - possibly while he was married to VICT.
- could not contact -
Def. met this girl through this girl's sister JUANITA BEEMER, 497 E. 117 St., Cleve.

- see if police can check these 2 people out to see if Def. told them anything about the crime or his wife.

MARY L. MASON - mother of VICT.
- supposedly went to GHANA, AFRICA to live
- Could not Contact this WIT.

MARY OSTENDORF

- Called this WIT. 2-19-75 + 2-20-75

2-19-75 - wit. was home but refused to talk to me; agreed to come down to office to talk - friend of WIT. talked on phone.

2-20-75 - [illegible] called wit. again - not home but person who answered would not give any info.
- Do not think this wit. intends to keep appointment to [illegible] talk w/me on Fri., 10 Am 2-21-75.
- all persons at above witnesses address very uncooperative & reluctant to give any info.

- this wit. intimidated

000133

- Call Ruggeri for Background on this case
Wk 621-7593
Hm 321-2616

CHUCK GALLOWAY - worked at Colonial Motel - come to work at noon; Def. Came in to use phone sometime after noon - late in day; thinks def is nice guy never any trouble from either him or his wife.
3577 E. 65 St.
Cleve., O. 883-5407

REGINALD MASON
WK - Synthetic Products 531-6010
Hm 681-7314
- was not able to contact this witness at home or at work.

BETTY MARIE WORTHY
NO PHONE - phone Co. has no listing
- COULD ~~NOT~~ CONTACT
WK 771-3770 7Am to 5Pm
- called me 2-20-75 - good memory + will be good witness

LINDA CLOUD
NO - PHONE - phone co. has no listing -
- COULD NOT CONTACT.

- d Lt. Corrigan - Hotels & CKS. - called phone Company - phone Co. has no listing on either WORTHY or CLOUD

CC-1-C

J. Sweeney 000116
Rm 1

# PRECIPE
# CRIMINAL CASE

No. CR 17902

THE STATE OF OHIO, Plaintiff

vs.

ISIAH ANDREWS Defendant

TO CLERK. Issue Subpoena to Sheriff of Cuyahoga County for the following witnesses, to-wit:

| NAME | ADDRESS |
|---|---|
| County Coroner | RE: REGINA ANDREWS (9-18-74) |
| Betty Marie Worthy | 2344 Prospect Ave. Cleve, O. |
| Det. Rowell #1606 | CPD - Homocide Unit |
| " Hubbard #1673 | " " " |
| Linda Cloud | 1918 East 86th St. Cleve, O. |
| Mary Ostendorf | 1853 Page Ave. Cleve, O. |
| Mary Smith | 3376 E. 128 St. Cleve, O. |
| Charles Galloway | 3597 E. 65 St. Cleve, O. |
| Jesse Byons | 11616 Durant Cleve, 44108 |
| Det. McKibben X | C.P.D. - Homocide |
| Barbara Campbell X | Coroner's Office |
| re Regina Andrews (9-18-74) | Call In |

To appear on the 3 day of March 1975 at 9:00 o'clock ........M., to testify on behalf of PLAINTIFF—~~DEFENDANT~~.

..........Attorney for..........

X Ptl Sobocinski - #2157 - CPD

DEFENDANT'S EXHIBIT L-4

CC-1.C

2/26/75

# PRECIPE
# CRIMINAL CASE

No. CR 17902 Jdg. Sweeney Rm. 1

THE STATE OF OHIO, Plaintiff

vs.

ISIAH ANDREWS Defendant

TO CLERK. Issue Subpoena to Sheriff of Cuyahoga County for the following witnesses, to-wit:

| NAME | ADDRESS |
|---|---|
| X CO. CORONER | Re: Regina Andrews 9-18-74. |
| ✓ BETTY MARIE WORTHY | 2344 Prospect Avenue Cleveland, Ohio |
| X DET. ROWELL #1606<br>X DET. HUBBARD #1673 | Homicide<br>" |
| MARY OSTENDORF | 1853 Page Avenue Cleveland, Ohio 44112 |
| MARY L. MASON<br>✓ ~~Reginald Mason~~ | 640 E. 107th Street Cleveland, Ohio 44108 |
| REGINALD MASON | " " |
| LINDA CLOUD | 1918 E. 86th Street Cleveland, Ohio |
| JOHN SCOTT | 1669 Carlyon Avenue East Cleveland, Ohio |
| X Det Hicks #901 - CPD | |
| X Det Allen #83 - CPD | |
| ~~(atty get s/o [illegible])~~ | |
| [illegible] Vee's salesman on ck of 600⁰⁰ NSF of [illegible] given by Df. | |

BEFORE YOU REPORT, PLEASE CALL 521-5800, EXT. 301, 302, OR 771-4060 SO AS TO FIX THE EXACT TIME.

ASST. CNTY. PROSECUTORS CHARLES LAURIE, PATRICK LAZZARO, JAMES CARNEY

To appear on the 3rd day of March 19 75 ~~at o'clock M.~~ to testify on behalf of PLAINTIFF—DEFENDANT.

JOHN T. CORRIGAN Attorney for STATE OF OHIO

SUBJECT OR CRIME: DEAD BODY /SUSPECTED HOMICIDE UNIDENTIFIED

TRACT: | IN ZONE: 615 | DATE: 9/18/74 | 51777

000263

COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S

VICTIM: UNIDENTIFIED | ADDRESS: UNK | PHONE: UNK | AGE: approx 25 | SEX: f | RACE: c | M-S: unk

REPORTED BY: PLT. SOBOCINSKI #2157 | ADDRESS | PHONE

ADDRESS OF OCCURRENCE: FOREST HILLS PARK, | TYPE OF PLACE: WOODED AREA,

TIME OF OCCURRENCE: approx. 3p | DATE OF OCCURRENCE: 9/18/74 | DAY OF WEEK: wed

SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE

DISCOVERED BY: JESSE BYOUS | ADDRESS: 11615 Durrant, | PHONE: 3p wed, 9/18/74, | DAY | DATE

WHAT OCCURRED? (DETAILED DESCRIPTION OF PROPERTY INVOLVED OR SUSPECTS)

Upon arriving at the scene, was met by JESSE BYOUS, who told us, that while he was parked there, he spotted a bundle,in the wooded area, upon investigating same, a foot came out of the bundle, he then notified, the police.Upon further investigatin ,showed the victim, to be described as a colored femalce ,25yr 56in. tall, 112lbs, lt.skin, blk hiair,bro. eyes,wearing bed clothing, and was wrapped in a bed spread, . She also had a old scar on the right thigh,1 1/2in. / 1/2in. wide, she had a yellow ring,on the second finger ,right x hand,and two yellow rings, on the ring finger, of her left hand. NOTHING FURTHER AT THIS TIME....

BODY WAS FOUND: 300 yds, south of arlington,ave, in foresthills park, 24ft. off the pavement,in the woods.

CONVEYED: TO THE MORGUE: by zone car, 621, where dr, gurber, pxonounced victim D.O.A. at 5;05p, and diagonised abrasions of right x knee, multiple stab wounds of the neck line,and a four stab wounds of the rt. abdomen,....

LINE 341, was notified, of the dead body, Unidentified, x per Plt. Fores, also SIU, was x on the scene, car 9151,who took photos and evidence, Det. Kane, Det. Petrick,

DEFENDANT'S EXHIBIT L-5

ALL-STATE LEGAL

INVESTIGATING OFFICERS: SOBOCINSKI 2157 | GUNSCH 2354 | CAR 603 | ASSIGNMENT RECEIVED 3;04p | OTHER | RADIO ☐ PHONE ☐

ALSO INVESTIGATED BY: car, 632, sgt. Malorey, | OTHER UNITS NOTIFIED: Det. Homicide Det. Kovel 9134,Ma Kibben, Hubbard 9236, | APPROVED BY | DATE

OFFICER MAKING REPORT | TAKEN BY: barb.johnson | TIME: 7;30p | DATE: 9/18/74

TELETYPED BY | TIME | DATE | TELETYPE NO.

CLEVELAND POLICE DEPARTMENT C OF C 71-R C-1 ORIGINAL INVESTIGATION REPORT

EXTRA COPY

# SUPPLEMENTARY REPORT

CLEVELAND POLICE DEPARTMENT

000264

SUBJECT or CRIME: DEAD BODY/ SUSPECTED HOMICIDE

DATE OF THIS REPORT: SEPT.18,1974

COMPLAINT NO. 51777

| COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| | | | | | | |

| VICTIM | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| UNIDENTIFIED BLACK FEMALE | | | | F | B | |

ADDRESS OF OCCURRENCE / TYPE OF PLACE: 300 YARDS SOUTH OF ARLINGTON AVE. 100 YARDS WEST OF FOREST HILL SWIM POOL — ZONE: 603

TIME OF OCCURRENCE: FOUND AT 3:00 PM — DATE OF OCCURRENCE: SEPT.18,1974 — DAY OF WEEK: WEDNESDAY

SECURED BY — ADDRESS — PHONE — TIME — DAY — DATE

DISCOVERED BY — ADDRESS — PHONE — TIME — DAY — DATE

PAGE 1 OF 4 PAGE REPORT.

Assigned to car 9236 with DETECTIVE HUBBARD received an office assignment from SERGEANT DUGAN to investigate a DEAD BODY at Arlington and Thornhill Ave. Assignment received at 3:15 PM. Arrived at the scene at 3:30 PM and together with CAPTAIN WRONA, and SERGEANT MALLOY on car 651, PATROLMAN SOBOCINSKI #2157 and PATROLMAN GUNSCH #2354 on car 603, DETECTIVE KANE, DETECTIVE PETRICK and DETECTIVE CRAWFORD on car 9151 investigated.

VICTIM...........UNIDENTIFIED BLACK FEMALE.

This female was conveyed to the morgue by PATROLMAN GLASNEY #2444 and PATROLMAN LILLASH #331 on car 621 where she was pronounced DOA by DOCTOR GERBER, COUNTY CORONER at 5:05 PM.

MORGUE...........The undressing of the victim was witnessed by DET. MC KIBBEN on car 9234 and the following was found:

1) One white and blue pillow, make: BLESSED SLEEP, with blood on same.
2) One white sheet was obtained from around the victim's legs containing blood. No markings on this sheet.
3) One brown and yellow prints 3/4 length house coat, with black trim around the neck. This neck lining appeared to contain several stab holes. The brown and yellow print pattern appeared to be in 8 inch by 8 inch blocks with alternating single designs and the adjacent blocks contained four designs. The upper portion of the house coat was soaked with blood.
4) The victim also had a light blue, trimmed in white, lingerie waist length top. Small size, 100 % nylon. The make was MOVIE STAR.
5) Underneath #4 was a blue matching top, which appeared to contain several stab holes of the right side. This also had blood on same. This article was also 100 % nylon, small size and MOVIE STAR make.
6) There was also a white sheet underneath the victims body, containing blood and fetal material on same. This sheet appeared to have several holes in the center.

ROWELL HUBBARD

CONT ON PAGE TWO

COF C71-10

INVESTIGATING OFFICERS: [signature] 1606 — PLATOON: DAYS — CAR: 9236 — APPROVED BY: [signature] Sergt

WEATHER: ☒ CLEAR ☐ CLOUDY ☐ RAIN ☐ SNOW — TEMP 61° — WIND 8 N. — ☐ A. I. U. ☒ S. I. U. — ☐ REQUESTED ☐ NOT REQUESTED — ☒ ON SCENE

ASSIGNMENT RECEIVED FROM: ☒ RADIO ☐ DISTRICT ☐ DET. BUR. ☐ OTHER — TIME ASSIGNED 3:30 PM — COMPLETED 10:30 PM

DEFENDANT'S EXHIBIT L-6

# SUPPLEMENTARY REPORT

CLEVELAND POLICE DEPARTMENT

000265

| SUBJECT or CRIME | DEAD BODY/ SUSPECTED HOMICIDE | DATE OF THIS REPORT | SEPT.18,1974 | COMPLAINT NO. | 51777 |
|---|---|---|---|---|---|

| COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| | | | | | | |
| VICTIM: UNIDENTIFIED BLACK FEMALE | ADDRESS | PHONE | | | | |

| ADDRESS OF OCCURRENCE | TYPE OF PLACE | ZONE |
|---|---|---|
| | | |

| TIME OF OCCURRENCE | DATE OF OCCURRENCE | DAY OF WEEK |
|---|---|---|
| | SEPT.18,1974 | WEDNESDAY |

| SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE |
|---|---|---|---|---|---|
| | | | | | |
| DISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE |
| | | | | | |

PAGE 2 OF 4 PAGE REPORT. FOLLOW-UP REPORT ☐

7) There was also a white pillow case under the back of the victim with blood on it. There were no markings on the pillow case.
8) There was also a tan bed spread underneath the victim, with no markings. A laundry tag was located with the number 167 in pink . The spread was MORGAN JONES FULL MADE IN USA.
9) Also under the victim there was a white matress cover with blood on same and extremely worn. There was a tag on the matress cover which was unidentifiable.
10) There was also a white towel underneath the victim with a one inch yellow strip down the center. The victim did not have on a Bra or Panties.

PERSONAL PROPERTY OF THE VICTIM CONSISTED OF THE FOLLOWING:
1) One yellow metal ring on the second finger of the right hand, next to the thumb. The ring appeared to be braided copper or metal.
2) The victim also had two yellow metal rings, of which one contained a white stone. The rings were on the ring finger of the left hand.

PHYSICAL APPEARANCE OF THE VICTIM:
1) All of the victims fingernails and toenails were polished in light pink color.
2) There appears to be an old surgery or unattended cut scar, 1½ inches long and ½ inch wide on the inner portion of the right leg.
3) There also appears to be four stab wounds of the right abdomen.
4) There was an abrasion of the left knee.
5) The victim sustained numerous stab wounds and cut wounds to the front and left and right side of her neck.

THERE WERE NO OUTSTANDING SURGICAL SCARS, MISSING TEETH, OR BIRTH MARKS.

~~XXXXXX~~

CONT ON PAGE THREE

ROWELL HUBBARD

C OF C 71-10

| INVESTIGATING OFFICERS | PLATOON | CAR | APPROVED BY |
|---|---|---|---|
| Ernest Rowell 1606 | DAYS | 9236 | Walter Duigan Sgt. |

WEATHER ☒ CLEAR ☐ RAIN ☐ CLOUDY ☐ SNOW TEMP 61 ° WIND 8 N ☐ A. I. U. ☒ S. I. U. ☐ REQUESTED ☐ NOT REQUESTED ☒ ON SCENE

ASSIGNMENT RECEIVED FROM: ☒ RADIO ☐ DISTRICT ☐ DET. BUR. ☐ OTHER TIME ASSIGNED COMPLETED

# SUPPLEMENTARY REPORT

CLEVELAND POLICE DEPARTMENT

COMPLAINT NO. 000268

SUBJECT or CRIME

DATE OF THIS REPORT

| COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| | | | | | | |

| VICTIM | ADDRESS | PHONE |
|---|---|---|
| UNIDENTIFIED BLACK FEMALE | | |

ADDRESS OF OCCURRENCE | TYPE OF PLACE | ZONE

TIME OF OCCURRENCE | DATE OF OCCURRENCE | DAY OF WEEK

SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE

DISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE

PAGE 4 OF 4 PAGE REPORT. FOLLOW-UP REPORT ☐

occupied by two persons. Mr. Kojak stated that Watts said he had just gotten in from the airport and did not have any baggage with him at this time. Mr. Kojak had observed that Watts arrived at the hotel in a BLUE CADILLAC, OHIO LICENSE # FF 9944 and jotted this down on his registration card. Mr. Kojak demanded identifecation from Watts and Watts presented his Ohio Driver License, number CP088092, with the name W. H. WATTS 12325 Castlewood Ave.

We went directly to 12325 Castlewood Ave. an on our arrival we observed PATROLMAN HOWARD #705 and PATROLMAN OLIVER #2484 on car 620 in front of the house. Inside we interviewed MELBA WATTS 47 B F WID. DOB 9-1-27 and learned that she is the mother of the suspect. Mrs. Watts had called the police because of a BURGLARY at her home. She believes this was done by her son, Willie. She further stated that Willie is AAWOL from the army and that he had been arrested for cashing bad checks. On 9-16-74 Mrs. Watts had gone to County Jail and bonded Willie out. He was turned over to the Army M.P.'s and she thought he would be sent back to his army base. However, he was released by the army on his own recognizance and was suspose to leave by air on 9-17-74. He does not have a key to the house at 12325 Castlewood. On 9-17-74 Mrs. Watts came home and found that Willie had gotten into the house by opening the upstairs window. He told her that he had missed his plane and could not get into the house. Today she came home and found that the house had been broken into and her MINK STOLE had been taken. There was also other items, a typewriter and TV set was also taken. A key to the front door was taken and she feels sure that this was done by her son.

It is our opinion that this crime was commited by Willie H. Watts, who is apparently attempting to sell his mothers coat and her other valuables to get money to get away from this city.

NO VALUABLES TAKEN FROM BODY OF DEC ROOM.

ROWELL HUBBARD

C OF C 71-10

| INVESTIGATING OFFICERS | 1606 | PLATOON | CAR | APPROVED BY |
|---|---|---|---|---|
| [signature] | | DAYS | 9236 | [signature] |

WEATHER ☐ CLEAR ☐ RAIN ☐ CLOUDY ☐ SNOW TEMP ° WIND ☐ A.I.U. ☐ S.I.U. ☐ REQUESTED ☐ NOT REQUESTED ☐ ON SCENE

ASSIGNMENT RECEIVED FROM: ☐ RADIO ☐ DISTRICT ☐ DET. BUR. ☐ OTHER TIME ASSIGNED COMPLETED

# SUPPLEMENTARY REPORT

CLEVELAND POLICE DEPARTMENT

COMPLAINT NO. 000267

51277

SUBJECT or CRIME: DEAD BODY/ SUSPECTED HOMICIDE

DATE OF THIS REPORT: 9/18/74

COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S

VICTIM | ADDRESS | PHONE | SEX: F | RACE: C

ADDRESS: REGINA ANDREWS | TYPE OF PLACE: 3301 EUCLID # 133

Foresthills Municipal Swimming Pool Parking area. | ZONE: 615

TIME OF OCCURRENCE: found at 3:PM | DATE OF OCCURRENCE: 9-18-74 | DAY OF WEEK: WED.

SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE

DISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE

PAGE 1 OF 1 PAGE REPORT.

FOLLOW-UP REPORT X

31AT 329
LAB 312

Assigned this date 9/18/74 to 9151, and while in company with Det. Kane, and Ptlm. Crawford #2423 received an assighment from radio to Forest Hills Swimming pool, Arlington and Thornhill. Responded and arrived at 4:00PM

Ten Plain Dealer papers dated Monday august 26,1974 brought in to the SIU office for possible blood typing and fingerprint check.

Processed with Benzine Alcohol, one partial palm print developed photographed and to be known as L.P. # 29187.

~~partial palm print compared to DEFENDANT~~ PRINT NOT CLEAR ENOUGH TO COMPARE

Twenty (20) Crime scene expos taken of body and newspapers and general crime scene. To be known as CS# 20402.

VICT BLOOD TYPE "C"
TYPE "O" ON NEWSPAPERS

Trace to Forensic Lab- Three Plain Dealer papers found approximately 61 feet from the body easterly, with blood stains on same, for possible typing. Leaves and twigs from under the body with possible blood stains on same. Leaves, twigs, and dirt from ground next to the body. Leaves and twigs from the small tree the body lay under.

Pillow case found 21 feet from body in northerly direction, with possible blood stains on same.Found next to the curb of the parking lot.

A brown plastic pill bottle with name of Ron Martin found near the head of the body.

Arrested: Willie Watts CPD # 141061

DEFENDANT'S EXHIBIT L-7

ALL-STATE LEGAL®

COFC71-10

INVESTIGATING OFFICERS: Fick 2287-Kane 748 - Crawford 2423

PLATOON: 2nd. | CAR: 9151 | APPROVED BY: [signature] Sgt.

WEATHER: X CLEAR / CLOUDY / RAIN / SNOW | TEMP 60 | WIND 8 n.

A. I. U. / S. I. U. | X REQUESTED / NOT REQUESTED | X ON SCENE

ASSIGNMENT RECEIVED FROM: X RADIO / DISTRICT / DET. BUR. / OTHER

TIME ASSIGNED / COMPLETED: 3:50PM 9/18/74

# SUPPLEMENTARY REPORT

CLEVELAND POLICE DEPARTMENT

000253

SUBJECT or CRIME: DEAD BODY SUSPECTED HOMICIDE

DATE OF THIS REPORT: 9-19-74

COMPLAINT NO. 51777

COMPANY OR OWNER: CLASS I | ADDRESS | PHONE | AGE | SEX | RACE | M-S

| VICTIM | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| REGINA ANDREWS (nee Mason) | 3301 EUCLID AVE #133 | 391-2500 | 24 | F | B | M |

ADDRESS OF OCCURRENCE: 300 yds South of Arlington Ave- 100 yds West of Forest Hills Swim Pool
TYPE OF PLACE:
ZONE: 603

TIME OF OCCURRENCE: Found at 3:00 P.M.
DATE OF OCCURRENCE: September 18, 1974
DAY OF WEEK: Wednesday

SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE

DISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE

PAGE 1 OF 3 PAGE REPORT.

FOLLOW-UP REPORT XXXX

This date assigned to car 9240 in company with DET. ALLEN #83, further investigated this crime.

Received a call from SGT STEEL, of Third District Desk and he informed us that a Balck female was at the desk now and wanted to see the body that was found this afternoon, for might possiblyher daughter.

Went to the Third Dist. desk and there met with a Black Female who identified herself as one MARY L. MASON B-F-41, of 640 East 107th St. (761-9801) she was accompanied by her son REGINALD MASON B-M-19, same address and a couple of other friends of the family. MRS. MASON informed us that her daughter REGINA B*F*24, was missing from her Motel Room since this morning. Learned that REGINA is married to ISIAH ANDREWS and they have been living at the COLONIAL MOTEL since there marriage August 24, 1974. When asked where her husband was at, MRS. MASON stated back at the hotel.

Accompanied the MASONS to the Coroners Office and there the body was was viewed by REGINALD, and at which time he positively identified the victim as his sister.

UNIDENTIFIED BODY...NOW POSITIVELY IDENTIFIED:

REGINA ANDREWS (neo Mason) B-F-24-M, dob 7-23-50, resides at 3301 Euclid Ave, Colonial Motel(391-2500) Room 133. She lives with her husband ISIAH ANDREWS.

Left the Corpners Office and proceeded to 3301 Euclid Ave, and there went to room 133 and met with a Black Male who identified himself as one ISIAH ANDREWS B-M-36-M, dob 4-20-38, No Record SIU, No Wants. We informed him that his mother-in-law had just identified his wife as the victim of a possible homicide. We then questioned ISIAH as to what might have happened to his wife and he stated that he left the motel at 8:00 A.M. this morning and went to JAY VEES Clothing Store to pick-up a couple of suits and when he left his wife was in the motel room wearing LIGHT BLUE and WHITE LINGERIE. He returned at about 10:30 A.M. and found the TV on and his wife gone. He stated she was going to go downtown and do some shopping, and he never thought about anything, until about 6:00 P.M. this evening when she wasn't home, he thne

COP C71-10

INVESTIGATING OFFICERS: DET HICKS #901 DET ALLEN #83
PLATOON: nites
CAR: 9240
APPROVED BY: [signature]

WEATHER: ☐ CLEAR ☐ RAIN ☐ CLOUDY ☐ SNOW TEMP ____ ° WIND ____

☐ A. I. U. ☐ S. I. U. ☐ REQUESTED ☐ NOT REQUESTED ☐ ON SCENE

ASSIGNMENT RECEIVED FROM: ☐ RADIO ☐ DISTRICT ☐ DET. BUR. ☐ OTHER

TIME ASSIGNED ____ COMPLETED ____

DEFENDANT'S EXHIBIT L-8

# SUPPLEMENTARY REPORT

CLEVELAND POLICE DEPARTMENT

000254

SUBJECT or CRIME: DEAD BODY SUSPECTED HOMICIDE

DATE OF THIS REPORT: 9-19-74

COMPLAINT NO.: 51777

COMPANY OR OWNER: CLASS I

| VICTIM | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| REGINA ANDREWS (nee MASON) | 3301 Euclid Ave #133 | 391-2500 | 24 | F | B | M |

ADDRESS OF OCCURRENCE | TYPE OF PLACE | ZONE

TIME OF OCCURRENCE | DATE OF OCCURRENCE | DAY OF WEEK

SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE

DISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE

PAGE 2 OF 3 PAGE REPORT. FOLLOW-UP REPORT xxxxx

called MRS MASON. He further stated he called the Hospitals and called Missing Person, but found nothing. MR ANDREWS informed us that he is self-employed FASHION DESIGNER and also works as a salesman for the H.G. WHITING FISH COMPANY.

Returned to the Homicide Office while typing this report recieved a call from the suspect WILLIE WATTS, who stated that he heard we wanted to talke to him about sometihing. We told him we wanted to ask him a few questions about an incident. WILLIE stated he would be home and for us to come out. We proceeded to 12325 Castlwood in company with Car 614 Ptls BLOUNT #1919 and LARD #2091 and Car 615 Ptls Anderson 2476 and BREMER #625. On our arrival met with MRS. WATTS who was upset, and she stated he had just taken her car and left. He told her he was going to get a friend of his by the name of RONALD, who would tell us that WILLIE was with him today and is not involved in anything. We waited in the home for about 20-minutes but WILLIE never returned. MRS. WATTS informed us that her car is a 1968 DODGE DART LICENSE MW 945 and is BRONZ in color. MRS WATTS also told us her son had his clothes packed and was getting ready to go back to the Army.......

We left the WATTS residence and toured the area for about 40 minutes checking to see if WILLE would return, but he did not. It is believed that WILLIE called this Office in front of his Mother to try and impress her he had nothing to do with this crime and then she let him take the car on the pretense that he was going to get his friend and return home. She gave him the car and he left to avoid being arrested.......

****NOTE While at the Colonial Motel we also interviewed the night clerk one ADAM WOLF W-M-44, of 3301 Euclid Ave #235 (391-2500). WOLF informed us he works from 11:00 AM to 11:00 PM. He stated he knew the ANDREWS, but he didn't notice anything unusal today. We showed the Photo of WILLIE WATTS, to ascertain if he might have been aroundthis morning, but WOLF stated he didn't recall seeing this male. WOLF then informed us that CHARLES GALLOWAY W-M, relieves him at 11:00 A.M. and maybe he could gives some information as to seeing MRS. ANDREWS leave this morning.......

(Handwritten in margin: Adam Wolf)

COFC71-10

INVESTIGATING OFFICERS: DET HICKS #901 DET ALLEN #83

PLATOON: nites | CAR: 9240 | APPROVED BY: [signature]

WEATHER ☐ CLEAR ☐ RAIN ☐ CLOUDY ☐ SNOW TEMP ___ ° WIND ___

☐ A. I. U. ☐ REQUESTED ☐ ON SCENE
☐ S. I. U. ☐ NOT REQUESTED

ASSIGNMENT RECEIVED FROM: ☐ RADIO ☐ DISTRICT ☐ DET. BUR. ☐ OTHER

TIME ASSIGNED ___ COMPLETED ___

# SUPPLEMENTARY REPORT

CLEVELAND POLICE DEPARTMENT

000255

COMPLAINT NO. 51777

SUBJECT or CRIME: DEAD BODY (SUSPECTED HOMCIDE)

DATE OF THIS REPORT: 9-19-74

COMPANY OR OWNER: CLASS 1 | ADDRESS | PHONE | AGE | SEX | RACE | M-S

| VICTIM | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| REGINA ADREWS (nee MASON) | 3301 EUCLID AVE #133 | 391-2500 | 24 | F | B | M |

ADDRESS OF OCCURRENCE | TYPE OF PLACE | ZONE

TIME OF OCCURRENCE | DATE OF OCCURRENCE | DAY OF WEEK

SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE

DISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE

PAGE 3 OF 3 PAGE REPORT. FOLLOW-UP REPORT [X]

A t 3:05 A.M. received a call from Car 614 Ptls BLOUNT #1919 and LARD #2091 with information that the auto of MRS. WATTS had returned and the suspect was now in the house.

In Company with DET. STANIC and McCAFFERY on Car 9239 and the formentioned Officers caused the Arrest of the below male.

ARRESTED: WILLIE H. WATTS B-M-27-M, resides at 12325 CASTLEWOOD AVE. DOB 9-17-47, CPD# 141061.

This male was arrested in the home in presence of his mother MELBA WATTS, his uncle WALLACE RIDDLE and his girlfriend LORETTA BAKER, and at which time the suspect was advised of his CONSTITUTIONAL RIGHTS by this officer.

The suspect was convyed to Central Prison Unit by Car 9239. When asked about this crime this suspect stated he didn't do anything and had friends to state where he was all day.

[signature] #901

COFC 71-10

INVESTIGATING OFFICERS: DET HICKS #901 DET. ALLEN #83

PLATOON: nites | CAR: 9240 | APPROVED BY: [signature]

WEATHER [ ] CLEAR [ ] RAIN [ ] CLOUDY [ ] SNOW TEMP ___ ° WIND ___

[ ] A. I. U. [ ] S. I. U. [ ] REQUESTED [ ] NOT REQUESTED [ ] ON SCENE

ASSIGNMENT RECEIVED FROM: [ ] RADIO [ ] DISTRICT [ ] DET. BUR. [ ] OTHER

TIME ASSIGNED ___ COMPLETED ___

# SUPPLEMENTARY REPORT

CLEVELAND POLICE DEPARTMENT

000259

COMPLAINT NO. 51777

SUBJECT or CRIME: HOMICIDE

DATE OF THIS REPORT: 9-19-74

| COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| | | | | | | |

| VICTIM | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| REGINA ANDREWS | 3301 EUCLID AVE. #133 | 391-2500 | 24 | F | B | M |

ADDRESS OF OCCURRENCE / TYPE OF PLACE: FOUND 300 YDS. SO. OF ARLINGTON AVE. & WEST OF FOREST HILLS SWIM POOL — ZONE: 603

TIME OF OCCURRENCE: FOUND AT 3:00 PM — DATE OF OCCURRENCE: SEPTEMBER 18, 1974 — DAY OF WEEK: WEDNESDAY

SECURED BY — ADDRESS — PHONE — TIME — DAY — DATE

DISCOVERED BY — ADDRESS — PHONE — TIME — DAY — DATE

PAGE 1 OF 3 PAGE REPORT. FOLLOW-UP REPORT [X]

Assigned to car 9237 with DETECTIVE HUBBARD further investigated the above crime.

At the Jail interviewed the arrested WILLIE H. WATTS who told us the following story: On Tuesday, September 17, 1974 at about 10:30 PM he registered at the Howard Johnson Motel at University Circle, at the time he was in company with LILLY RUTH MURRAY 22 B F S, DOB 7-16-52, 6315 QUIMBY AVE. 361-4521 and DONALD ROBINSON, 12325 CHESTERFIELD AVE. 541-8294. They riding in a 1971 Cadillac 4 door sedan. This auto is suppose to be the property of Donald's brother FLIN ROBINSON. Unable to check this today. Watts went on to say that he and Lilly stayed in the room for a couple of hours then Donald returned with the following people: FLIN ROBINSON, 12325 Chesterfield Ave., LORETTA GROCE 20 B F M and JEAN MURRAY 15 B F S DOB 4-5-59, both of 6316 Quimby Ave. All stayed until about 3:30 AM, September 18, 1974, then the latter four left. Watts and Lilly stayed until about 8:00 AM then Lilly called her mother; MARY MURRAY (DOROTHY) 40 B F M DOB 8-17-34 also of 6316 Quimby Ave. This is the mother of Jean also. Mrs. Murray then drove to the motel and picked up her daughter and Watts, this was at approximately 10:30 AM. We later talked with the females listed above and all cooberated the story of Watts. We are attempting to set up a Polygraph examination for Willie H. Watts for the morning of September 20, 1974. We now feel that this male is not involved.

At 3301 Euclid Ave. the Colonial Motel we interviewed the following: BETTY WORTHY 35 W F M DOB 7-4-39 who lives in apartment #267. She told us that she has known the victim since she moved into the building in August, 1974. That she has never known the victim to go anywhere on a bus or by herself. Further that she has never known the victim to have any friends in her apartment. She also stated that the victim and her husband have been making preparations to move to a new place somewhere out on Euclid Ave. Mrs. Worthy also told us that she saw the victim talking with the husband at about 11:00 AM Wednesday, after this the husband left and did not return until about

ROWELL HUBBARD

CONT ON PAGE TWO

COF C71-10

INVESTIGATING OFFICERS: [signature] — PLATOON: DAYS — CAR: 9237 — APPROVED BY: [signature] Sgt

WEATHER [ ] CLEAR [ ] RAIN [ ] CLOUDY [ ] SNOW TEMP ____ ° WIND ____ [ ] A.I.U. [ ] S.I.U. [ ] REQUESTED [ ] NOT REQUESTED [ ] ON SCENE

ASSIGNMENT RECEIVED FROM: [ ] RADIO [ ] DISTRICT [ ] DET. BUR. [ ] OTHER — TIME ASSIGNED ____ COMPLETED ____

DEFENDANT'S EXHIBIT L-9

# SUPPLEMENTARY REPORT

CLEVELAND POLICE DEPARTMENT

COMPLAINT NO. 0002607 7 7

SUBJECT or CRIME

DATE OF THIS REPORT

| COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| VIM REGINA ANDREWS | ADDRESS | PHONE | | | | |

ADDRESS OF OCCURRENCE — TYPE OF PLACE — ZONE

TIME OF OCCURRENCE — DATE OF OCCURRENCE — DAY OF WEEK

SECURED BY — ADDRESS — PHONE — TIME — DAY — DATE

DISCOVERED BY — ADDRESS — PHONE — TIME — DAY — DATE

PAGE 2 OF 3 PAGE REPORT. FOLLOW-UP REPORT [X]

4:00 PM. We also interviewed, MARY SMITH 64 B F DOB 9-20-10, 3376 E. 128 ST. 283-7406 who stated she also saw the husband talking to the victim and that later she and Mrs. Worthy heard the TV in the victims room playing very loud. Also, CHARLES GALLOWAY 36 W M S, 3595 E. 65 ST. 883-5407, Desk Clerk at the motel who stated that the victims husband came into the office and got a key to his room at about 12:00 Noon, later he came back and gave the clerk two keys. Also LINDA CLOUD 20 B F M DOB 8-26-54 aptl #131, this apt. is next door to the victims apartment. Mrs. Cloud stated that she did not hear any noise in the victims apartment on Wednesday, she was home at about 12;00 Noon. She further said that she saw the victim get into Mr. Andrews auto at about 2:30 AM, Wednesday Morning.

We questioned ISAIAH ANDREWS 36 B M WID. DOB 4-20-38, 3301 Euclid Ave. Apt # 133. He stated that he left home at 7:40 AM, Wednesday, went to 1375 W. 6th St. Jay Vee's Clothing Store and picked up some clothing. He stayed at this store for about two hours he then went to E. 40 and Woodland Ave. Fishers Food Warehouse and attempted to sell fish to them, he talked with Mr. Sinatra, Meat Buyer. From there he went to the Muslim Temple #18 on Holton Ave. at E. 92 st. arriving at about 11:30 AM and staying until approximately 12:00 Noon. at About 12:30 PM he went home, he was unable to get in, so he left immediately and went back to Jay Vee's Clothing. He stayed until about 1:30 PM and went to E. 105 and St. Clair, McDonald's Rest. At about 2:00 PM he went bact to Temple #18. At about 3:00 PM he went to the Farmers Market, then went home at 4:00 PM. His wife was still not there so he called her mother (Unable to contact her at this time) and told her that she was missing. He then went to the Police Department at Central Station and inquired about his wife, with negative results. He returned home and stayed until contacted by detectives.

We checked at Fisher Foods and talked with HERMAN SINATRA 43 W MM 3330 Bradford Ave. Clev. Hgts. 932-7061 and learned from him that Mr. Andrews had been in to see him at about 11:30 AM, Wednesday and stayed for about 10 Minutes. We interviewed ROLAND WILLIAMS 60 B M M DOB ROWELL HUBBARD

CONT ON PAGE THREE

COFC 71-10

| INVESTIGATING OFFICERS | PLATOON | CAR | APPROVED BY |
|---|---|---|---|
| [signatures] 1606 | DAYS | 9237 | Walter Dugan Sgt |

WEATHER [ ] CLEAR [ ] RAIN [ ] CLOUDY [ ] SNOW TEMP ___ WIND ___ [ ] A.I.U. [ ] S.I.U. [ ] REQUESTED [ ] NOT REQUESTED [ ] ON SCENE

ASSIGNMENT RECEIVED FROM: [ ] RADIO [ ] DISTRICT [ ] DET. BUR. [ ] OTHER — TIME ASSIGNED — COMPLETED

# SUPPLEMENTARY REPORT
CLEVELAND POLICE DEPARTMENT

COMPLAINT NO. 000261

SUBJECT or CRIME

DATE OF THIS REPORT

| COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| VICTIM REGINA ANDREWS | ADDRESS | PHONE | | | | |

ADDRESS OF OCCURRENCE | TYPE OF PLACE | ZONE

TIME OF OCCURRENCE | DATE OF OCCURRENCE | DAY OF WEEK

SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE

DISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE

PAGE 3 OF 3 PAGE REPORT. FOLLOW-UP REPORT [X]

8-16-14, 16202 Tarkington Ave. 587-2496 and HENRY MONTGOMERY 56 B M M DOB 5024-18, 10206 Parkgate Ave. 851-1349 and MORTON VENIG W M M, 1375 W. 6th St. All employees of Jay Vee's Clothing. Learned that The store was opened at 8:50 AM and that I. Andrews came in and bought some clothes, further that he later returned at about 12:30 PM and returned some of the clothes. Further learned that this male came in on Friday, September 13, 1974 and gave the store a check for $600.00, this check bounced and ~~the~~ Andrews told Venig that this could not be because his wife had put the money in the bank. I t was later found that she had not put money in the bank.

We contacted SIU and had the victims motel room checked for Blood also check was was the auto of Isaiah Andrews a 1971 Ford Four door, Ohio License DE 4899 with negative results.

We later learned that the victim had asked and received a second BED SPREAD, further tha t there is always a third pillow in a HIDE-A-BED in the victims apartment. The second spread and pillow are missing from the room. Mrs. Andrews stated that when he returned home at 4:00 PM Wednesday the bed was ~~made up and nothing seemed to be wrong or missing from the room.~~

Andrews and the victim have been ~~married~~ since August 24, 1974, he stated tha t they have argured about his joining the Muslim faith, the part about her having to wear long skirts and headdress, she also was upset about his quiting his job (He resently quit and started selling clothes and fish for the Muslims).

It would appear that Isaiah Andrews killed his wife in their apartment and carried her to the spot where she was found. Returning home he was able to clean up to the point that SIU was unable to find any evidence of a crime having taken place in the room. It is our opinion that no one else would benefit by moving the body from the motel room after killing the victim but Andrews.

ANDREWS WAS ARRESTED AND HELD FOR INVES. C/W THIS CRIME.

[Handwritten in margin: Why would he get bow...?]

ROWELL HUBBARD

COF C 71 - 10)

INVESTIGATING OFFICERS [signature] | PLATOON DAYS | CAR 9237 | APPROVED BY Walter Dugan, Sgt.

WEATHER [ ] CLEAR [ ] RAIN [ ] CLOUDY [ ] SNOW TEMP ____ WIND ____ [ ] A. I. U. [ ] S. I. U. [ ] REQUESTED [ ] NOT REQUESTED [ ] ON SCENE

ASSIGNMENT RECEIVED FROM: [ ] RADIO [ ] DISTRICT [ ] DET. BUR. [ ] OTHER TIME ASSIGNED ____ COMPLETED ____

CLASS 1

# SUPPLEMENTARY REPORT

CLEVELAND POLICE DEPARTMENT

000257 COMPLAINT NO. 51777

SUBJECT or CRIME HOMICIDE    DATE OF THIS REPORT 9-20-74

COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S

VICTIM REGINA ANDREWS | ADDRESS 3301 EUCLID AVE. #133 | PHONE 391-2500 | 24 | F | B | M

ADDRESS OF OCCURRENCE 300 YDS SOUTH OF ARLINGTON AVE. 100 YDS WEST OF FOREST HILLS POOL | TYPE OF PLACE | ZONE 603

TIME OF OCCURRENCE FOUND AT 3:00 PM | DATE OF OCCURRENCE SEPTEMBER 18, 1974 | DAY OF WEEK WEDNESDAY

SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE

DISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE

PAGE 1 OF 2 PAGE REPORT.    FOLLOW-UP REPORT [X]

Assigned to car 9237 with DETECTIVE HUBBARD further investigated the above crime.

Conveyed the arrested ISAIAH ANDREWS to SIU where a polygraph examination was conducted by DETECTIVE LUCKAY. Later talked with Det. Luckay who informed us that this male lied on almost every question~~s~~ asked of him. He was asked "Did you kill your wife in your apartment and take her body to Forest Hills Park and leave her" his answer was negative, Det Luckay described the polygraph machines response as being most positive in indicating that he had lied.

We requested that Andrews make a written statement and he agreed. In his statement he told pretty much the same story as he had told us the previous day. Describing his trips around town, telling about which street he turned on etc. We asked him if he thought this type of statement was relevant in so far as his wife having ~~xxxxxxxx~~ been murdered, his answer was positive. Thru out his statement he procrastinated and told many things unrelated to this crime.

We contacted LIEUTENANT HOWARD 41 B M M, 2813 E. 92 St. 229-2115 Na tion of Islam and lea rned from him that I. Andrews is not yet a Muslim and that he did in fact come by temple #18 twice yesterday.

Contacted BETTY WORTHY of the Colonial Motel and re-questioned her and learned that at about 11:00 AM, Sept. 18 she saw I. Andrews standing in his doorway talking to someone or something, she is unable to say for sure if he was his wife he was talking to or not. She did say, however, that what ever he was talking to seemed to be wearing a headress and attire of a Muslim Lady. She will make a statement on Saturday, Sept 21.

Earlier we contacted DONALD ROBINSON25 B M S DOB 9-4-49, 12326 Chesterfield Ave. and learned from him that he had in fact been

LOWELL HUBBARD    DONALD C. ROGERS [illegible]    COFC 71-10

INVESTIGATING OFFICERS | PLATOON DAYS | CAR 9237 | APPROVED BY [signature]

WEATHER [ ] CLEAR [ ] RAIN [ ] CLOUDY [ ] SNOW TEMP. ___ ° WIND ___ | [ ] A. I. U. [ ] S. I. U. | [ ] REQUESTED [ ] NOT REQUESTED | [ ] ON SCENE

ASSIGNMENT RECEIVED FROM: [ ] RADIO [ ] DISTRICT [ ] DET. BUR. [ ] OTHER    TIME ASSIGNED    COMPLETED

DEFENDANT'S EXHIBIT L-10

# SUPPLEMENTARY REPORT

CLEVELAND POLICE DEPARTMENT

COMPLAINT NO. 000258

SUBJECT OF CRIME

DATE OF THIS REPORT

| COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| VICTIM REGINA ANDREWS | ADDRESS | PHONE | | | | |

ADDRESS OF OCCURRENCE — TYPE OF PLACE — ZONE

TIME OF OCCURRENCE — DATE OF OCCURRENCE — DAY OF WEEK

SECURED BY — ADDRESS — PHONE — TIME — DAY — DATE

DISCOVERED BY — ADDRESS — PHONE — TIME — DAY — DATE

PAGE 2 OF 2 PAGE REPORT. FOLLOW-UP REPORT XX

with the arrested WILLIE H. WATTS at the Howa rd Johnsons Motel on Tuesday, Sept 17. That he left about 3:00 AM and further that he was driving his brothers auto a 1972 Cadillac Sedan, blue color, Ohio license #FF 9994.

WILLIE H. WATTS was released from his arrest for Invest. c/w Homicide and is now being held by the Fugitive Unit, Det. Borenski.

Learned from Det. McKibben that when he witnessed the undressing of the victim at the morgue she was in a state of rigor that would indicate that she had expired sometime early wednesday morning. Our estimation is that she died sometime between 2:00 AM and 5:00 AM Wednesday morning.

It is our belief that I. Andrews killed his wife during this time and under cover of darkness carried her body to his car, which if parked at the closest point to his room would be approximately 10 yards and there is a 3 foot high partition the entire length of the way which would cover his moving the body. We attempted to contact LINDA CLOUD in apartment #131 who earlier told of having seen Andrews le ave in his auto at about 2:30 AM on Wed. Morning but we received no response at her door. We further contend that Andrews saw the maid, Betty Worthy working across from his apt. and stood at his door and pretended to be talking to his wife at about the time she indicated to establish that his wife was still alive at this time.

Contacted MR. CORNELIOUS at the Federal Parole Authority and he advised us that Andrews had a file in his office and is now on activity parole. He was sentenced to Life for the murder of Sgt. PAUL GRANT at Camp LeJuene, North Carolina, January 10, 1958.

REQUEST: Day platoon, pick up BETTY WORTHY, 3301 Euclid #267, at 10:00 AM, Saturday, September 21, 1974 convey her to the Criminal Statement Unit and get her statement.

ROWELL HUBBARD

COF C71-10

INVESTIGATING OFFICERS — PLATOON DAYS — CAR 9237 — APPROVED BY

WEATHER ☐ CLEAR ☐ RAIN ☐ CLOUDY ☐ SNOW TEMP ° WIND ☐ A. I. U. ☐ S. I. U. ☐ REQUESTED ☐ NOT-REQUESTED ☐ ON SCENE

ASSIGNMENT RECEIVED FROM: ☐ RADIO ☐ DISTRICT ☐ DET. BUR. ☐ OTHER — TIME ASSIGNED — COMPLETED

CLASS 1

# SUPPLEMENTARY REPORT

CLEVELAND POLICE DEPARTMENT

COMPLAINT NO. 000266 51777

SUBJECT or CRIME: HOMICIDE

DATE OF THIS REPORT: SEPT. 21, 1974

| COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| | | | | | | |

| VICTIM | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| REGINA ANDREWS | 3301 EUCLID AV... #133 | 391-2500 | 24 | F | B | M |

ADDRESS OF OCCURRENCE: 300YDS. SOUTH OF ARLINGTON-100YDS. WEST OF FOREST HILLS SWIMMING POOL — TYPE OF PLACE: — ZONE: 603

TIME OF OCCURRENCE: FOUND AT 3:00 PM — DATE OF OCCURRENCE: SEPTEMBER 18th.,1974 — DAY OF WEEK: WEDNESDAY

SECURED BY — ADDRESS — PHONE — TIME — DAY — DATE

DISCOVERED BY — ADDRESS — PHONE — TIME — DAY — DATE

PAGE 1 OF 1 PAGE REPORT. FOLLOW-UP REPORT XXXX

While assigned to car 9237 this date, alone, I further investigated the above homicide of REGINA ANDREWS.

I went to 3301 Euclid Ave. and there I interviewed a BETTY WORTHY who lives at this address and is also employed as a maid there.She then told me that she had seen the suspect ISAIAH ANDREWS at his apartment on the 18th of September on a Wednesday around 11:00 AM. She said that she new it had to be around 11:00 AM because she had just went back to room #131 to call a MRS. CLOUD whom she was to wake-up at 11:00 A.M. She stated that she had observed him standing in his door way talking with his wife at this time. She stated that he then stepped out side for a second after slamming the door real hard, and he then went back into the apartment.After he re-entered the apartment the T.V became real loud and a short time later MR. ANDREWS came out carrying a plastic bag over his shoulder like what ever was in it was real heavy. He then went to his car and placed this bag in to the trunk of his car, closed the trunk XXXX and then went back in to the house. A few minuets later he appeard in his door way again, and while standing there he appeared to be talking to someone in the room. She said that she noticed that at the same time appeared to be watching her. He then closed the door and left.

NOTE: THIS WAS THE TIME OD DAY THAT ANDREWS SAID THAT HE HAD RETURNED TO HIS APARTMENT BUT HE COULD NOT GET IN BECAUSE SHE WAS NOT AT HOME AND HE DID NOT HAVE A KEY, SO HE LEFT WITHOUT ENTERING THE ROOM.

This female (BETTY WORTHY) was conveyed to the COUNTY MORGUE where she viewed the bedding that was found with the body of REGINA ANDREWS.She then identified the bed spred as belonging to the hotel but she could not say about the sheets & mattress cover. She did state that the pillow looked like one of there pillows, but she was not for sure. She said that she had issued two XXXXXX to MRS. ANDREWS, and there were at least three pillows. A check of this room showed only one bed spred and two pillows.This female was then conveyed to our Statement Unit where a statement was obtained. LINDA CLOUD SAID THAT SHE COULD NOT A STATEMENT UNTIL MONDAY.

I COULD NOT CONSULT THE PROSECUTOR THIS DATE AS IT BEING SATURDAY AND THEY CLOSE AT 12:00 noon.REQUEST HE BE CONTACTED SUNDAY, SEPT. 22,1974.

HUBBARD

COFC 71-10

INVESTIGATING OFFICERS: William Hubbard #1123 — PLATOON: DAYS — CAR: 9237 — APPROVED BY: [signature]

WEATHER ☐ CLEAR ☐ CLOUDY ☐ RAIN ☐ SNOW TEMP ___ ° WIND ___ ☐ A. I. U. ☐ S. I. U. ☐ REQUESTED ☐ NOT REQUESTED ☐ ON SCENE

ASSIGNMENT RECEIVED FROM: ☐ RADIO ☐ DISTRICT ☐ DET. BUR. ☐ OTHER — TIME ASSIGNED — COMPLETED

DEFENDANT'S EXHIBIT L-11

# SUPPLEMENTARY REPORT

CLEVELAND POLICE DEPARTMENT

000256

COMPLAINT NO. 51777

SUBJECT or CRIME: HOMICIDE, ARREST & CLEAN UP

DATE OF THIS REPORT: 9-23-74

| COMPANY OR OWNER | ADDRESS | PHONE | AGE | SEX | RACE | M-S |
|---|---|---|---|---|---|---|
| VICTIM: REGINA ANDREWS | 3301 EUCLID AVE. #133 | 391-2500 | 24 | F | B | M |

ADDRESS OF OCCURRENCE / TYPE OF PLACE: 300 YDS. SO. OF ARLINGTON-100 YDS. WEST OF FOREST HILLS SWIM POOL — ZONE: 603

TIME OF OCCURRENCE: FOUDN AT 3:00 PM — DATE OF OCCURRENCE: SEPTEMBER 18, 1974 — DAY OF WEEK: WEDNESDAY

| SECURED BY | ADDRESS | PHONE | TIME | DAY | DATE |
|---|---|---|---|---|---|
| | | | | | |

| DISCOVERED BY | ADDRESS | PHONE | TIME | DAY | DATE |
|---|---|---|---|---|---|
| | | | | | |

PAGE 1 OF ___ PAGE REPORT. FOLLOW-UP REPORT [X]

Assigned to car 9237 with DETECTIVE HUBBARD further investigated the above crime.

Contacted DOCTOR LESTER ADELSON at the Morgue and learned that Dr. GERBER had pronounced the victim DOA at 5:05 PM, September 18, 1974 and at that time Dr. Gerber found that the body was not in complete RIGOR Dr/ Adelson stated that Rigor usually takes 6 to 8 hours, thus, this would indicate to him that the victim was killed between 9:00 AM and 12:00 Noon on September, 18, 1974. Further, according to the wounds that the victim received, she would have died within a few minutes after she was attacked.

Learned from SISTER APRIL HAMZAH 18 B F DOB 8-1-56, 3884 Strandhill Ave. 561-4377, Sectretary to GEON HAMZAH, who is director of the MUSLIM SCHOOL at 2813 E. 92 St. that the arrested ISAIAH ANDREWS came into her office at about 11:30 AM, 9-18-74, asked for Mr. Hamzah found that he was not there and left. We were unable to contact Howard Mason, Lieutenant, in charge of the fish sales at this institution to determine if Andrews was selling fish for them, and also to get an exact time that he was seen by Mason at the institution.

Consulted Chief Police Prosecutor, EVERETT CHANDLER, who read the files and statements in this case and issued papers for AGGRAVATED MURDER, RC 2903.01 for ISAIAH ANDREWS. This male was charged and will appear in Police Court at 9:00 AM, September 24, 1974, Tuesday.

DEFENDANT'S EXHIBIT L-12

ALL-STATE LEGAL®

ROWELL HUBBARD

C OF C 71-10

INVESTIGATING OFFICERS: [signature] 1606

PLATOON: DAYS — CAR: 9237 — APPROVED BY: [signature]

WEATHER [ ] CLEAR [ ] RAIN [ ] CLOUDY [ ] SNOW TEMP ____ ° WIND ____

[ ] A. I. U. [ ] S. I. U. [ ] REQUESTED [ ] NOT REQUESTED [ ] ON SCENE

ASSIGNMENT RECEIVED FROM: [ ] RADIO [ ] DISTRICT [ ] DET. BUR. [ ] OTHER

TIME ASSIGNED ____ COMPLETED ____

Feb. 25, 1975

000001

Isaiah Andrews
1560 East 21st Street
Cuyahoga County Jail
Cleveland, Ohio 44114

Dear Mr. Marino:

Sir, the following questions and pieces of information may have some bearing on my case. However your office can ascertain whether they do or not.

Mr. Harter or Harden was an elderly member of the Universal Negro Improvement Association (UNIA) who resided at 2200 E. 40th Street in room next to the office. He was the treasurer of the UNIA.

He was, I belive, shot in the back of the head some time between Sept. 18 1974 and Dec. 16, 1975. Was his murderer ever found?

Michel Perry was also a member of the UNIA; and I belive he too was killed by a shot or shots in the head and gas thrown on his body and set aflame some time between Sept. 18, 1974 and Dec. 16, 1974. His

ALL-STATE LEGAL® DEFENDANT'S EXHIBIT L-13

Was his murder ever solved?
He was the photographer at my wedding; and he attended community college.

The following are some people whom you might want to have interviewed as to what part or other positions the above mentioned two dead men had in the UNIA.

Rudy, a man about 40 odd years who works at community college. He is about 5'-9" or 5'-11", weighs about 250 pounds, dark complextion.

Joe Davis, 5'-7" or 5'-8", medium built owns a white 1971 ford 500 galaxy.

Cotton was the Mason family payer and he also acted as the attorney for the UNIA.

I believe he might be able to furnish you with a complete member listing.

Thinking back, I remember my wife saying: "While she was

Page 3

had some tribal markings made on their bodies. On my wife they were located around the [illegible] area.

The about things kept coming to me strongly so I thought I would put them on paper. I hope they can help you, sir.

My I see a set of the photos of my wifes body and see the corners report. There is something in my lower mind which my be clarified by them. It almost comes forward but not quite.

Sincerely,

Isaiah Andrews

000228

Times

Police 10:30

His Pants wet.

Drugs over.

Miss Mary Ostendorf Sept - 18 - 1974

(12:30)

11 P.M.

- married - only child ...

Pat, set the murder case for trial MARCH 3, 1975 - if wits. show try the case, if not, take the plea to robbery.

This guy is guilty but I don't know if we can prove it.

Carmen

Return these files to

P. LAZZARO - LAKESIDE.

[illegible] C. Marino

DEFENDANT'S EXHIBIT

L-14

ALL-STATE LEGAL®

000239

Aug 7

-vs-

Appellant,

Appellee.

Counsel for Appellee

DEFENDANT'S EXHIBIT L-15

ALL-STATE LEGAL®

000240

TABLE OF CONTENTS

Description — Page(s)

Statement of Facts . . . . . . . . . . . . . . 1

Assignment of Error Number One . . . . . . . . 2

Assignment of Error Number Two . . . . . . . . 2

Assignment of Error Number Three . . . . . . . 3,4

Assignment of Error Number Four. . . . . . . . 4

Conclusion . . . . . . . . . . . . . . . . . . 5

Service . . . . . . . . . . . . . . . . . . . . 5

AUTHORITIES CITED

Mooney v. Holohan, 294 U.S. 103 (1935) . . . . 3

Giles v. Maryland, 386 U.S. 66 (1967) . . . . . 3

Alcorta v. Texas, 355 U.S. 28 (1957) . . . . . 4

Brady v. Maryland, 373 U.S. 83 (1963) . . . . . 4

State v. Milenovich, 42 Ohio St. 2d 46 (1975) . 4

Mcgilbrook v. United States, [illegible] U.S. [illegible] ([illegible]) 4

OTHER AUTHORITY

Ohio Revised Code, Section 2953.21 et seq. . . . . . . 1,2

Sixth & Fourteenth Amendments,
U.S. Constitution . . . . . . . . . . . . . . . . . . 1

STATEMENT OF FACTS

This is an appeal from the denial of Petition To Vacate Judgment filed pursuant to Ohio Revised Code Section 2953.21 et seq., on June 13, 1978.

On June 22, 1978, appellee filed a Motion For Summary Judgment, attaching two affidavits with his motion. Said affidavits from appellant's trial attorney's wherein they deny the allegations which appellant had set forth in his Petition To Vacate; namely, that he was denied the effective assistance of counsel in violation of the Sixth and Fourteenth Amendments to the Constitution of the United States where counsel failed to subpoena certain witnesses made known to him who, had they testified, would have established appellant's innocence and further that appellants counsel was aware that the prosecutors files contained information of a "bloody palm print" found at the scene of the murder and failed to utilize such information or to compel discovery of same and furthers that counsel failed to file certain pre-trial motions or to interview potential witnesses.

On July 18, 1978, Judge Francis Sweeney denied appellants Motion For Post Conviction Relief and granted prosecutors Motion For Summary Judgment. Such denial was made __via a post-card without an evidentiary hearing being held or without a finding of facts and conclusions of law being rendered as required by the Post Conviction Act.__

A timely Notice of Appeal was filed on July [illegible], 1978, and it is from these proceedings that this appeal is now taken.

000242

A[illegible]:

The Court Below Committed Reversible [illegible] In The Failure To Make A Finding Of Fact And Conclusion Of Law In Denying Appellant's Petition To Vacate [illegible].

The Court's duty to make a finding of facts and conclusions of law in denying applicants for post conviction relief is clearly defined in Ohio Revised Code, Section 2953.21 et seq.

Judge Sweeney has repeatedly been reversed by this Court for his failure to make such findings of facts and conclusions of law and yet he has denied this Appellant's Petition without same.

The provisions of Ohio's Post Conviction Act [illegible] and for this reason alone Judge Sweeney's judgment [illegible], once again, be reversed.

[illegible]:

The Court Below Committed Reversible Error In Its Granting of Summary Judgment Where There Are Material Issues of Facts and Law in Dispute.

That there was material issues in dispute is obvious by the use of affidavits from appellant's attorneys. Appellant is arguing that his trial counsels failed to call [illegible], defense witnesses, file pre-trial motions, and failed to make known to the jury of the "bloody palm print" found at the scene of the crime which appellant had made known to his trial counsel [illegible] and appellant's counsels denied such allegation per [illegible] affidavit. This makes an issue in dispute. Appellant is saying one thing (which is outside the record) and counsel is saying another. Thus the granting of summary judgment was reversible error.

Must be made [illegible]

See 2953.21(C)

[illegible]

The Court Below Committed Reversible Error In Its Failure To Conduct An Evidentiary Hearing Where Appellant Had Alleged Facts, Outside The Record, Which, If Proven, Would Have Constituted The Relief He Sought.

The appellant set forth in his petition to vacate that his counsel failed to discover certain evidence which was in the files of the prosecutor which would have proven appellants innocence. While he didn't specifically set forth what that evidence was because he is a layman at law and not versed in legal matters, he was referring to the "bloody palm print" found at the scene of the crime which the prosecutor knew didn't belong to appellant and failed to disclose this information to appellants counsel.

The docket sheet in this case shows that only a Bill of Particulars was filed by appellants counsel and not discovery as asserted by the prosecutor. A Bill of Particulars merely sets forth the time, place, witnesses, etc., that the prosecutor plans to use and does not compel him to disclose ALL evidence favorable or unfavorable to the accused. It merely sets forth the specifics of the crime.

Discovery filed 2-2-75

Appellant asserts that he made known to counsel prior to trial and during trial that the prosecutor had in his files information of a "bloody palm print" found at the scene of the crime which established that it was someone's print other than appellants. Counsel for appellant refused to compel the prosecutor to disclose this information and failed to bring it to the Court's attention that the prosecutor was knowingly, willfully and purposefully withholding evidence favorable to the accused. Mooney v. Holohan, 294 U.S. 103 (1935); Giles v. Maryland, 386 U.S. 66 (1967).

not true no corroboration

[illegible] Alcorta v. [illegible] 355 U.S. [illegible] (1957) [illegible], 372 U.S. [illegible] (1963).

Such a failure does constitute ineffective [illegible] of counsel, if proven, and would have constituted [illegible] for relief raised outside the record.

When grounds raised outside the record [illegible] disputed upon the face of the record then an evidentiary [illegible] is [illegible] by law. State v. Milanovich, 42 Ohio St. 2d [illegible] (19[illegible]); Machibroda v. United States, [illegible] U.S. 487 (1962).

Thus, failure of the lower court to hold an evidentiary hearing was reversible error and appellant [illegible] this [illegible] Court to rule accordingly.

[illegible]:

The Court Below Committed Reversible Error In Denying Appellants Petition To Vacate On The [illegible] Of Affidavits.

When a petition for habeas corpus or petition to [illegible] is filed and raises issues outside the record it can not be disposed of by the use of affidavits, Cf. Machibroda v. United States, [illegible], and the Court below committed reversible error in disposing of [illegible] Petition to Vacate on the strength of affidavits submitted by the prosecutor.

CONCLUSION

WHEREFORE, for the reasons set forth herein appellant moves the Court to reverse the Judgment of the Court below and issue an ORDER directing that appellant be given an evidentiary hearing which will give him an opportunity to prove that:

1) Counsel was ineffective;

2) That counsel was aware of the "bloody palm print" in the prosecutors file and failed to make discovery or disclosure of it;

3) That counsel was aware of witnesses who could establish appellants innocence and failed to investigate them, interview them, or subpoena them.

Respectfully submitted,

Isaiah Andrews

SERVICE

A copy of the foregoing Appeal Brief was mailed to George J. Sadd, Assistant Prosecuting Attorney, The Justice Center, 1200 Ontario, Cleveland, Ohio 44113, this 4th day of August, 1[illegible].

Isaiah Andrews
[illegible] 141-342
Southern Ohio Correctional Facility
P. O. Box [illegible]
Lucasville, Ohio [illegible]

Appellant Pro Se