# MANUAL OF RULES

DEPARTMENT OF PUBLIC SAFETY
DIVISION OF POLICE
CLEVELAND, OHIO



PLAINTIFF'S EXHIBIT 1



PLAINTIFF'S DEPOSITION EXHIBIT 2 TOMBA

| Thomas A. Burke | Alvin J. Sutton, Jr. |
|---|---|
| *Mayor* | *Director of Public Safety* |

George J. Matowitz
*Chief*

# Rules of Conduct and Discipline

*for the*

Officers, Members and Employees

*of*

The Division of Police

*in the*

Department of Public Safety

1950

#609 Clifton John
902 of Cocha
3/1/57

CITY OF CLEVELAND, OHIO

94.24.06

## Dedication

To those intrepid heroes who, in the performance of their duty in the preservation of peace and the protection of life and property, have made the supreme sacrifice, I do dedicate and subscribe this book

▼

*Thomas A Burke*
*Mayor of the City of Cleveland*

CLE003220

in charge and such other officers, members and employees as may be assigned by the Chief of Police.

(2) The officer in charge shall cause immediate investigation to be made of felony complaints and of all other matters coming within his jurisdiction.

## RULE 13

### Homocide Unit

(1) The personnel of the Homocide Unit shall consist of an officer in charge and such other officers as may be assigned by the Chief of Police.

(2) The officer in charge shall require the proper investigation of all homocides (excepting traffic manslaughter), suicides, sudden deaths where criminality is suspected, and assaults where death is imminent. He shall provide for the taking of dying declarations and the proper preparation and presentation of evidence to the prosecutor and to the court.

## RULE 14

### Case Preparation and Fraud Unit

(1) The personnel of the Case Preparation and Fraud Unit shall consist of an officer in charge and such other officers and employees as may be assigned by the Chief of Police.

(2) The officer in charge shall cause statements to be taken from persons brought to the Unit in the course of criminal investigations; and shall see that such statements are properly filed and preserved. These statements shall be available only to the officers and members of the Division of Police who are interested in the presentation of a parti-

27

CLE003242

cular case, to the office of the County Prosecutor or the Law Department of the City of Cleveland. Under no circumstances shall they be given or exhibited to any other person without the written consent of the Chief of Police.

(3) He shall cause investigation to be made of complaints of fraudulent checks, forgeries, embezzlement, confidence games and other fraud solicitations; and shall cause proper action to be taken.

(4) He shall cause pawn shops and second-hand dealers to be supervised and inspected; and shall cause proper records to be kept of all property coming into their possession or custody.

## RULE 15

### Auto Theft Unit

(1) The personnel of the Auto Theft Unit shall consist of an officer in charge and such other officers as may be assigned by the Chief of Police.

(2) The officer in charge shall require the proper investigation of all complaints of thefts of motor vehicles, parts and accessories. He shall cause records to be kept of motor vehicle license registrations, stolen and recovered motor vehicles, suspected auto and tire thieves and other necessary records. These records shall be available to officers and members of the Division of Police.

## RULE 16

### Scientific Identification Unit

(1) The personnel of the Scientific Identification Unit shall consist of an officer or member in charge and such other officers

and employees as may be assigned by the Chief of Police

(2) The officer or member in charge shall supervise and require the proper performance of duty by officers, and employees assigned to the Scientific Laboratory, the Photographic Laboratory and Identification Records.

(3) The results of scientific investigations and examinations, photographs, finger prints and criminal records shall be available to officers and members of the Division of Police requiring them for an official purpose, and not to any other person without the written consent of the Chief of Police.

(4) The officers assigned to the Scientific Laboratory shall make technical and scientific investigations as required. They shall make technical and scientific examinations of all specimens submitted. They shall make written reports of examinations and prepare, properly preserve and safe-guard specimens for presentation as evidence.

(5) The officers assigned to the Photographic Laboratory shall photograph all persons arrested and charged with a felony, and such other persons, scenes and objects as may be required.

(6) They shall develop or process the negatives of photographs made in connection with any investigation coming to the attention of the Division of Police.

(7) They shall, when requested, furnish prints, enlargements and reproductions to officers and members of the Division of Police who are officially interested.

(8) The officers and employees assigned to Identification Records shall make and pre-

29

CLE003244

serve fingerprint and criminal records of all persons arrested and charged with a felony, and such other persons as may be required. They shall maintain a file of photographs received from the Photographic Laboratory.

(9) They shall forward a copy of each fingerprint and criminal record to the Federal Bureau of Investigation at Washington, D. C. and to the Ohio State Bureau of Criminal Identification. They shall furnish copies of records and photographs to other Police Departments when requested.

(10) They shall forward to the office of the County Prosecutor all available criminal records of persons held for the Grand Jury or the Court of Common Pleas, and also to the Criminal Branch of Municipal Court when requested.

(11) They shall furnish a copy of any photograph and criminal record on file to any officer or member of the Division of Police who may require it for an official purpose. Under no circumstances shall they be given or exhibited to any other person without the written consent of the Chief of Police.

## RULE 17

### Traffic Office Unit

(1) The personnel of the Traffic Office Unit shall consist of an officer in charge and such other officers and employees as may be assigned by the Chief of Police.

(2) The officer in charge of the Traffic Office Unit shall be responsible for the proper care and filing of records, summonses and other traffic office reports except those of the Accident Investigation Unit.

of the circumstances and action taken, through the proper channels, to the commanding officer of such District or Bureau.

### RULE 66

(1) Officers and members prosecuting persons charged with a crime shall thoroughly familiarize themselves with all of the facts and details concerning such case, so that all of the evidence may be properly presented to the court.

(2) They shall take care of their cases in court promptly. If, for any reason, they are unable to do so, they shall arrange with their superior officer to have some other officer or member attend court; and either have the same disposed of or continued.

### RULE 67

Officers and members shall see that permits and licenses, issued by lawful authority, are in the possession of the persons, firms, and corporations who are required by law or ordinance to have such permits and licenses.

### RULE 68

(1) Officers, members and employees shall not use police telephones for private purposes; nor shall they permit any one to do so.

(2) They shall answer police telephone calls promptly; and identify themselves by stating their rank, surname and the District, Bureau or Unit to which they are assigned. The officer or member calling shall identify himself in the same manner.

salute until the casket has been removed from view; and shall complete the salute upon the order of the officer in charge.

### RULE 75

Officers or members shall belong to no military organization without the written consent of the Chief of Police. They shall be connected in no way, directly or indirectly, with any political organization.

### RULE 76

(1) Officers, members and employees assigned to police motor vehicles shall inspect the vehicles and the equipment at the commencement of each tour of duty in company with those whom they relieved, promptly reporting to their superior officer, in writing, any damage or loss.

(2) Officers, members and employees shall be held responsible for the loss of or damage to police equipment placed in their charge. Any loss or damage will be presumed to have occurred during the tour of duty at the time such loss or damage is discovered, unless reported by them at the beginning of their tour of duty, in which event it will be presumed to have occurred during the next preceding tour of duty.

(3) They shall operate police motor vehicles in a careful manner. They shall permit no person other than an officer, member or employee, to ride in any of such vehicles except in the proper performance of their official duties.

(4) They shall make no alteration or change in the mechanism or other part of any police motor vehicle, except in an emergency.

53

CLE003276

They shall not install, affix or remove any accessory thereto.

(5) Those assigned to police motor vehicles are required to maintain such vehicles and the equipment in a neat, clean and serviceable condition.

(6) Those assigned to police motor vehicles shall convey no persons suffering from contagious diseases, decomposed bodies or anything which will contaminate, mar, or damage the vehicles.

(7) They shall return all police property entrusted to their charge or care in the same shape and condition as when issued, except for normal wear and deterioration.

(8) They shall take no gasoline or oil from any containers under the control of the Division of Police without the permission of the officer in charge of the station-house.

(9) Those having knowledge of a sickness of or injury to a police horse shall report the matter to the officer in charge of the Mounted Unit.

### RULE 77

(1) Officers and members shall report on all matters referred to or investigated by them. Such reports may be either verbal or written, as the officer in charge may direct.

(2) They shall, before reporting off duty, make such written reports as may be required on all matters coming to their attention or assigned to them for investigation. If the investigation has not been completed before he reports off duty, he shall make a report stating the progress made.

(3) He shall address his written reports to his superior officer and shall sign the reports, giving his full name and rank, title or num-

ber. When required, such reports shall be examined and signed by a superior officer. Written reports shall be forwarded to the commanding officer.

(4) Whenever officers and members assigned to any of the uniformed Units investigate a matter in conjunction with officers and members of the Bureau of Detectives, the officers or members of such uniformed Units shall promptly make the necessary report to the General Records Unit unless otherwise directed by a superior officer.

(5) Whenever any report is returned on account of errors or being incomplete, the officer returning it shall make a notation showing the error or incompleteness; and furnish such instructions as will enable the maker to correct or complete the report.

### RULE 78

Written and verbal reports, testimony in court and conversation of any kind affecting the Division of Police, its officers, members, employees or persons under its jurisdiction shall be truthful and unbiased.

### RULE 79

Officers and members shall promptly make, or cause to be made, written reports of all personal injuries sustained by them while on duty.

### RULE 80

(1) Officers and members shall make written reports of accidents to persons or property, coming to their attention, which occur on streets and public property. Written reports shall be made of all accidents in which the City of Cleveland is, or may be-

CLE003278