Case: 1:22-cv-00250-JG Doc #: 123-7 Filed: 03/06/23 1 of 3. PageID #: 9016

Deposition of David Hicks                    Isaiah Andrews, vs. City of Cleveland, et al.,

```
 1    Q.  The Homicide Unit?
 2    A.  Yes.
 3    Q.  At what time do you remember that he got
 4  promoted?
 5    A.  Oh, I can't recall that.
 6    Q.  What about John Kaminski?
 7    A.  He was my sergeant from time I went into
 8  Homicide.
 9    Q.  What about Kevin Walsh?
10    A.  I knew Kevin well, yes.
11    Q.  Yeah.  Was he also in a leadership role, or was
12  he a detective?
13    A.  He was in a leadership role.  He was a -- he was
14  not Homicide.  He was in a different unit.  I can't
15  recall.
16    Q.  How did you get to know him?
17    A.  On the job.
18    Q.  Even though he was in a different unit --
19    A.  Yeah.
20    Q.  -- you would still work with him?
21    A.  I never worked with him, no.
22    Q.  Was he someone that you saw around or?
23    A.  Well, yeah.  People you meet at FOP are all --
24  you know, you see policemen, you've got a lot of
25  friends.  Don't mean you associate with them 24/7.  But
```

Case: 1:22-cv-00250-JG Doc #: 123-7 Filed: 03/06/23 2 of 3. PageID #: 9017

Deposition of David Hicks                     Isaiah Andrews, vs. City of Cleveland, et al.,

1  just on the job.  People you get to know and they're...
2     Q.  Did you ever become aware of any one of those
3  other officers encouraging a witness to change their
4  statement in the course of the investigation?
5     A.  I have --
6           MR. MENZALORA:  Objection.
7     A.  I have never encouraged anyone to say something
8  like that.
9     Q.  Did you ever become aware of any one of those
10 other officers not telling every piece of information
11 they knew about an investigation to the prosecutor?
12          MR. MENZALORA:  Objection.
13    A.  I can't recall them doing something like that,
14 no.
15    Q.  Did you ever become aware of any one of those
16 other officers failing to include information in the
17 homicide file that was relevant to the investigation?
18          MR. MENZALORA:  Objection.
19    A.  I can't remark on what other detectives -- what
20 other detectives have done.
21    Q.  Did you ever have any training or know about any
22 rules or policies on what you should do if you became
23 aware during a trial that the prosecutor doesn't have
24 all of the information that he should have?
25          MR. MENZALORA:  Objection.

Case: 1:22-cv-00250-JG Doc #: 123-7 Filed: 03/06/23 3 of 3. PageID #: 9018

Deposition of David Hicks                                     Isaiah Andrews, vs. City of Cleveland, et al.,

1    MR. FUNK: Objection.

2    A. If I heard the testimony, I would nudge the
3    prosecutor and tell them that this is not what he said
4    to me at the time of my investigation, or something, if
5    you are talking about a witness testifying.

6    Q. Is that ever something that you had to do?

7    A. No.

8        MR. MENZALORA: Objection.

9    A. Something I did personally. I don't know what
10   the other detectives did.

11   Q. So it wasn't a rule, that was just you?

12       MR. FUNK: Objection.

13       MR. MENZALORA: Objection.

14   A. (Inaudible.)

15       THE COURT REPORTER: Did you answer, sir?

16       MS. BONHAM: He answered affirmatively over
17   two objections.

18   Q. Was there ever an occasion where you personally
19   did have to tell a prosecutor, "Hey, that's not what
20   happened, or, "Hey here's this other information that
21   you don't have."

22       MR. MENZALORA: Objection.

23   A. I don't recall.

24   Q. Okay. Are you aware of any training or policy or
25   rule at that time that required you to make a report if