1  they were in the office?

2                    MR. FUNK:  Objection.

3  A.      Unless they were discussing something particular

4  about that case, I would say no.

5  BY MS. GREENE:

6  Q.      **What about William Hubbard, did you know him at**

7  **all?**

8  A.      Same, just like everybody else.  I knew him, but

9  we weren't friends.  I shouldn't say we weren't friends,

10  because it sounds like we're enemies.  We weren't

11  enemies, but we didn't interact together.

12  Q.      **Okay.  In any case, Hubbard, Rowl, Hicks,**

13  **McCaffrey, Stanic --**

14  A.      That's me.

15  Q.      **You're McCaffrey.  Excuse me.  Hubbard, Rowl,**

16  **Hicks, Stanic, and Allen were all your colleagues,**

17  **right?**

18  A.      Yes.  We were all homicide detectives.

19  Q.      **Right.  And then, Dugan, Comendeca, and Kaminski**

20  **were all supervisors that you interacted with, correct?**

21  A.      Correct.

22  Q.      **And for all of those individuals during the**

23  **course of your career did you ever know of any of them**

24  **to not include everything that they learned in their**

25  **investigation in their files or in their reports?**

**EXHIBIT**

**7**

Deposition of J. Francis McCaffrey                    Isaiah Andrews, vs. City of Cleveland, et al.,

```
1   A.      Not that I know of.

2   Q.      Did you ever know any of them not telling every

3   piece of information about an investigation to a

4   prosecutor?

5   A.      Not that I know of.

6   Q.      Did you ever know of any them threatening

7   witnesses, or others in association of their

8   investigations?

9   A.      Not that I know of.

10  Q.      Did you ever know of any of them not taking

11  action when they were aware that a witness was

12  testifying in court inconsistently with their prior

13  statements?

14  A.      Not that I know of.

15  Q.      Were you ever aware of any of them not taking

16  action when they became aware during a trial that a

17  prosecutor didn't know about potentially exculpatory

18  information that arose during the course of an

19  investigation?

20                  MR. FUNK:  Objection.

21  A.      Not that I know of.

22  BY MS. GREENE:

23  Q.      Did you ever know of any of them to be aware of

24  a fellow officer's misconduct, or illegal behavior, or

25  policies violations, but failed to report that
```

1 · · misconduct?

2 · · A. · · · Not that I know of.

3 · · Q. · · · Okay. · If evidence is sent to the SIU for

4 · · testing, or if a request for such testing or analysis is

5 · · made by an officer, a report would be generated for that

6 · · request, right?

7 · · · · · · · · · · MR. FUNK: · Objection.

8 · · A. · · · As far as I know it should.

9 · · BY MS. GREENE:

10 · · Q. · · · As you understood your duties as a homicide

11 · · detective, it's true that if you requested for evidence

12 · · to be analyzed by SIU that you knew that you needed to

13 · · write a report about that, right?

14 · · A. · · · As far as I know, yes.

15 · · Q. · · · And likewise, when SIU analyzed any piece of

16 · · evidence in an investigation that you were conducting, a

17 · · report would be generated about whatever the analysis

18 · · resulted in, right?

19 · · · · · · · · · · MR. FUNK: · Objection.

20 · · A. · · · Are you asking me if I knew that they would

21 · · write a report when it was finished, and they wouldn't

22 · · write a report at some times? · I don't know that.

23 · · BY MS. GREENE:

24 · · Q. · · · Let me ask you this: · If you requested that SIU

25 · · analyzed some piece of evidence, would you expect that